In re _____ ) Case No. _____
                      )
                      ) NOTICE OF HEARING ON MOTION
                      ) FOR RELIEF FROM **DEBTOR'S**
                      ) AUTOMATIC STAY IN A **CHAPTER**
                      ) **7/13** CASE, AND/OR **CODEBTOR'S**
Debtor(s) ) STAY IN A **CHAPTER 13** CASE

The attached Response, filed for the respondent, _____, who is the (debtor, trustee, etc.) _____, is in response to the Motion for Relief from Stay filed on behalf of (moving party) _____.

The name and service address of the respondent's attorney (or respondent, if no attorney) are: _____ _____.

(If debtor is respondent) The debtor's address and Taxpayer ID#(s) (last 4 digits) are: _____ _____.

**NOTICE IS GIVEN THAT**:

A **Telephone Hearing** on the Motion, at which no testimony will be taken, will be held as follows:

       **Date**:

       **Time:**

       **Call In Number:**     (888) 684-8852

       **Access Code:**     3702597

[Note: If you have problems connecting, call the court at (503) 326-1500 or (541) 431-4000.]

**TELEPHONE HEARING REQUIREMENTS**

1.  You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than your scheduled hearing time. The court will not call you.

2.  You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

3.  Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

4.  When it is time for you to speak, take your phone off the "speaker" option or headset to minimize background noise and improve sound quality. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

5.  Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

6.  Whenever speaking, first identify yourself.

7.  Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

_____
          Signature

I certify that: (1) the response was prepared using a copy of the ORIGINAL Motion; (2) if the Response was electronically filed, the response was prepared using the "FILLABLE" PDF version of the Motion unless the Motion was filed on paper and it could not be otherwise electronically obtained from the movant; and (3) that on _____ copies of this Notice and the Response were served on the moving party's attorney (or moving party, if no attorney) at the address shown in the Notice of Motion.

_____
          Signature & Relation to Respondent

721 (6/1/13)

**15-32071-tmb7**

**William Kenneth Clark**
**aka Bill Kenneth Clark**
**fdba Business Development Concepts**

☒

☒ ☐

**Bank of America, N.A.**

☒

**Stephen P. Arnot**

**The real property located at 3108 Twinflower street, Forest Grove, OR 97116 described in the deed of trust, a copy of which is attached hereto.**

**164,142.44** **162,215.40** **1,662.57**

**Uncollected late charges: $263.42; Mortgage insurance premiums: $0.00; other fees: $45.00; escrow advances: $0.00.**
**The total amount set forth above is less a suspense or partial balance of $43.95**
**The amount of debt is the amount as of 05/01/2015**

**164,142.44**

**220,000.00**
**38,257.56** **17,600.00**

**1,175.37†**

☐ ☐

**4,701.48**

**Trustee does not dispute debt, default, encumbrances, or value of the collateral; however, based on reported value of the property, there is a sizable amount of equity sufficient to pay off the secured creditor and provide net proceeds to the bankruptcy estate.**

☐

☐
☐
☐
☐
☒

Failure to make payments to creditor.

Trustee believes relief should not be granted for a period of at least 180 days which will allow trustee the opportunity to list and sell the property. Additionally, trustee believes sufficient equity exists in the property to provide creditor adequate protection.

04/28/15 7 ☐ ☐

☐ ☒

☒ 11/08/05 11/14/05

☐

☐

Trustee does not dispute background facts.

☐ ☐ ☐ ☐ ☐

N/A

The financial information contained herein is all as of 05/01/2015.

An additional payment in the amount of $1,175.37 will come due on 06/01/2015.

†Represents the current payment which is due on 05/01/2015

n/a

☒

☐

☐

☐

Trustee requests that relief not be granted for a period of at least 180 days which will allow trustee the opportunity to list and sell the property.  Additionally, trustee believes sufficient equity exists in the property to provide creditor adequate protection.

☐
☐
☐

N/A

/s/ James Nicita
James Nicita
920 SW 3rd Ave., 1st Floor
Portland, OR 97204
jnicita@mccarthyholthus.com
971-201-3200
024068

/s/ Stephen P. Arnot
Stephen P. Arnot, Trustee
PO Box 1963
Lake Oswego, OR 97034
arnotlaw@sbcglobal.net
503-227-5093
pro se